IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| CHRISTOPHER J. KNIGHTS, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 07-416-CWD |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Respondent. | ) | |

On March 3, 2009, the Court entered a Memorandum Decision and Order (Docket No.

23) GRANTING Petitioner's Petition for Review (Docket No. 1) and REMANDING the case to

the Commissioner of the Social Security Administration under "sentence four" of 42 U.S.C.

§ 405(g).  Pursuant to that Order, Judgment is hereby entered in favor of the PETITIONER.

DATED: March 3, 2009

Honorable Candy W. Dale
Chief United States Magistrate Judge

JUDGMENT- Page 1